CITY OF DICKINSON, Plaintiff
and Appellant,

v.

John Ernest POWELL, Jr., Defendant
and Appellee.

CITY OF DICKINSON, Plaintiff
and Appellant,

v.

Wesley BRENNAN, Defendant
and Appellee.

STATE of North Dakota, Plaintiff
and Appellant,

v.

Curtis J. TOOLEY, Defendant
and Appellee.

CITY OF DICKINSON, Plaintiff
and Appellant,

v.

Blaine J. HALTER, Defendant
and Appellee.

STATE of North Dakota, Plaintiff
and Appellant,

v.

Dixie Lee KIRCHOFNER, Defendant
and Appellee.

CITY OF DICKINSON, Plaintiff
and Appellant,

v.

Nick SCHANTZ, Defendant and Appellee.

STATE of North Dakota, Plaintiff
and Appellant,

v.

Marvin Adam WEILER, Defendant
and Appellee.

Cr. Nos. 950236–950242.

Supreme Court of North Dakota.

Nov. 30, 1995.

James A. Hope, Assistant State's Attorney, Dickinson, for plaintiffs and appellants; submitted on brief.

Ronald A. Reichert of Reichert, Buresh, Herauf & Ficek, PC, Dickinson, for defendants and appellees Powell and Tooley; submitted on brief.

Mary E. Nordsven of Howe, Hardy, Galloway & Maus, PC, Dickinson, for defendants and appellees Brennan, Halter, Kirchofner, Schantz, and Weiler; submitted on brief.

SANDSTROM, Justice.

The defendants were charged with driving under the influence of alcohol. After their driver's licenses were administratively suspended, the District Court granted the defendants' motions to dismiss the criminal charges, reasoning the "successive" criminal prosecution "is a violation of the Double Jeopardy Clause of the United States Constitution."

Based on our decision in *State v. Zimmerman*, 539 N.W.2d 49 (N.D.1995), we reverse the orders of dismissal and remand the cases for further proceedings.

VANDE WALLE, C.J.,and NEUMANN, LEVINE and MESCHKE, JJ., concur.